Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LASHONA HAYDEN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>    Defendant. | ) CV 06-2588-JSL (SH)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that Judgment be entered in favor of the plaintiff, the decision of the Commissioner is reversed and the matter is remanded in accordance with Sentence Four of 42 U.S.C. § 405(g).

DATED: Jan. 16, 2008

_Spencer Letts_
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE